IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-01004-O |
| § | |
| U.S. DEPARTMENT OF HEALTH § | |
| AND HUMAN SERVICES, ET AL., § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the Plaintiffs and Defendants' Joint Motion to Establish a Briefing Schedule. Upon consideration of the governing standards, it is hereby **ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED.**

The following schedule shall govern the briefing on Plaintiffs' forthcoming motion for summary judgment and Defendants' forthcoming cross-motion for summary judgment/opposition to Plaintiffs' motion in this case:

- **November 25, 2024**: Defendants file the administrative record and a certified index to the administrative record.

- **December 23, 2024:** Plaintiffs file a motion for summary judgment.

- **January 24, 2025:** Defendants file a combined opposition and cross-motion.

- **February 10, 2025:** Plaintiffs file a combined reply and opposition.

- **February 28, 2025:** Defendants file a reply.

**SO ORDERED** on this **8th** day of **November, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE