# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:24-CV-01004-O |
| | § | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Expedited Motion to Complete the Administrative Record and Brief in Support thereof. (ECF No. 22). To expedite resolution of the contested issues, the Court **ORDERS** Defendants to respond by no later than **December 6, 2024**. Plaintiffs may reply by no later than **December 10, 2024**.

**SO ORDERED** on this **2nd day** of **December, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**