IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-01004-O |
| § | |
| U.S. DEPARTMENT OF HEALTH § | |
| AND HUMAN SERVICES, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion to Strike Plaintiff's First Amended Complaint. (ECF No. 26). To expedite resolution of the contested issues, the Court **ORDERS** Plaintiff to respond by no later than **December 13, 2024**. Defendants may reply by no later than **December 17, 2024**.

**SO ORDERED** on this **9th day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE