IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:24-CV-01004-O |
| | § | |
| U.S. DEPARTMENT OF HEALTH | § | |
| AND HUMAN SERVICES, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' First Motion to Strike Plaintiffs' Amended Complaint (ECF No. 26). Plaintiffs in response to Defendants' Motion request the Court "construe this opposition as a motion for leave to file the amended complaint." ECF No. 28. Having considered motion and brief, together with applicable law, Plaintiffs' request for leave to file an amended complaint is **GRANTED.**

Defendants' First Motion to Strike Plaintiffs' Amended Complaint (ECF No. 26) is **DENIED as moot**. Plaintiffs Motion to Compete the Admirative Record (ECF No. 22) is also **DENIED as moot**.

To alleviate any prejudice to Defendants in granting leave to file an amended complaint, the parties are **ORDERED** to file an amended joint briefing schedule, **no later than December 16, 2024.**

 **SO ORDERED** on this **12th** day of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE