IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-01004-O |
| | § | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Plaintiffs and Defendants' Joint Motion to Amend Briefing Schedule (ECF No. 30). Upon consideration of the governing standards, it is hereby **ORDERED** that the Joint Motion to Amend Briefing Schedule is **GRANTED**.

The prior briefing schedule (ECF No. 18) is hereby amended. The following schedule shall govern the briefing on Plaintiffs' forthcoming motion for summary judgment and Defendants' forthcoming cross-motion for summary judgment/opposition to Plaintiffs' motion in this case:

- **January 10, 2025**: Defendants file an amended administrative record and certified index to the administrative record, pursuant to the parties' agreement as reflected in their Joint Motion to Amend Briefing Schedule.

- **January 21, 2025**: Plaintiffs file a motion for summary judgment.

- **February 7, 2025**: Defendants file a combined opposition and cross-motion.

- **February 19, 2025**: Plaintiffs file a combined reply and opposition.

- **February 28, 2025**: Defendants file a reply.

**SO ORDERED** on this **17th day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE