## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

HUMANA INC. *and* AMERICANS FOR BENEFICIARY CHOICE,

    *Plaintiffs*,

*v.*

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

    *Defendants*.

Case No. 24-cv-01004-O

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, and the briefs filed by the parties in respect of these motions, the Court hereby **ORDERS** that Plaintiffs' Motion for Summary Judgment is **GRANTED**, and that Defendants' Cross-Motion for Summary Judgment is **DENIED**.

The Court further **ORDERS** that Humana's 2025 Star Ratings for all contracts adversely impacted by call IDs D0900533, D1100955, and C0701002 are **VACATED**, and that this matter is **REMANDED** to CMS to recalculate Humana's 2025 Star Ratings and quality bonus payments consistent with its opinion.

    **SO ORDERED.**

Dated: _____

_____

HON. REED O'CONNOR

United States District Judge