IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., and AMERICANS FOR BENEFICIARY CHOICE,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; and STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services,<br><br>    Defendants.[1] | Civil Action No. 4:24-cv-01004-O |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants, United States Department of Health and Human Services, United States Centers for Medicare and Medicaid Services, Dorothy Fink, as Acting Secretary of Health and Human Services, and Stephanie Carlton, as Acting Administrator of Centers for Medicare and Medicaid Services, move this Court for entry of summary judgment in their favor on all Plaintiffs' claims, pursuant to Federal Rule of Civil Procedure 56.

This response is accompanied by a consolidated brief that contains the contents

---

[1] Xavier Becerra has been substituted with Dorothy Fink as Acting Secretary of the United States Department of Health and Human Services, and Chiquita Brooks-LaSure has been substituted with Stephanie Carlton as Acting Administrator of the Centers for Medicare & Medicaid Services, pursuant to Federal Rule of Civil Procedure 25(d).

required by Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56.3(a).

        CHAD E. MEACHAM
        ACTING UNITED STATES ATTORNEY

        */s/ Andrea Hyatt*
        Andrea Hyatt
        Assistant United States Attorney
        Texas Bar No. 24007419
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit #4
        Fort Worth, Texas 76102-6882
        Telephone: 817.252.5230
        Fax: 817.252.5458
        Andrea.Hyatt@usdoj.gov

        *Attorneys for Defendants*

## Certificate of Service

On February 7, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Andrea Hyatt*
        Andrea Hyatt
        Assistant United States Attorney