**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| HUMANA INC. *and* AMERICANS FOR BENEFICIARY CHOICE,<br><br>    *Plaintiffs*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 24-cv-01004-O |

**NOTICE OF WITHDRAWAL OF NICOLE E. WITTSTEIN**

Undersigned counsel hereby provides notice withdrawing the appearance of Nicole E. Wittstein in the above-captioned matter.

Plaintiffs consent to this withdrawal and will continue to be represented by Michael B. Kimberly of Winston & Strawn LLP and Richard Salgado and Kate McDonald of McDermott Will & Emery LLP.

1

Dated: June 4, 2025                          Respectfully submitted,


/s/ *Nicole E. Wittstein* (with permission)    /s/ *Richard Salgado*
Nicole E. Wittstein (pro hac vice)             Richard Salgado (Texas No. 24060548)
                                                  McDermott Will & Emery LLP
*Withdrawing Attorney*                            2501 North Harwood Street, Suite 1900
                                                  Dallas, TX 75201-1664
                                                  (214) 210-2797


## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2025, I electronically filed the foregoing notice with

the Clerk of the Court using the appellate CM/ECF system, which served copies on all ECF-

registered counsel.

Dated: June 3, 2025                          /s/ *Richard Salgado*

2