IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  4:24-CV-01004-O |
| | § | |
| U.S. DEPARTMENT OF HEALTH | § | |
| AND HUMAN SERVICES, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the Plaintiffs and Defendants Motions for Leave to File Notice of Supplemental Authority (ECF Nos. 52–53). Having considered the Motions, they are **GRANTED**.

**SO ORDERED** on this **3rd day** of **July, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE