**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HUMANA INC., ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Civil Action No.  4:24-CV-01004-O** |
| | § | |
| **U.S. DEPARTMENT OF HEALTH** | § | |
| **AND HUMAN SERVICES, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Before the Court is the Plaintiffs Notices of Withdraw. In the notices, Plaintiffs inform the Court that Counsels Caleb H. Yong and Nicole E. Wittstein seek to withdraw from this case. Having considered the Motions, and noting that they are unopposed, the Motions are **GRANTED**.

**SO ORDERED** on this **3rd day** of **July, 2025**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**