# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., ET AL., § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:24-CV-01004-O |
| § | |
| U.S. DEPARTMENT OF HEALTH § AND HUMAN SERVICES, ET AL., § § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' claims against Defendants are **DISMISSED without prejudice**.

2. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **18th** day of **July, 2025.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE